```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 05-cr-215-05-PB

**Michael Wyatt**

### O R D E R

The defendant has moved to continue the May 1, 2007 trial in the above case in order to allow the case against co-defendants Larry and Christopher Stallings to be completed before commencing the trial against him.  Additionally, defendant cites the need for additional time to properly prepare a defense in light of failed plea negotiations.  The Government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the

ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 27, 2007

cc: Donald Feith, AUSA
　　 R.P. Cornelius, Esq.
　　 William T. Cornelius, Esq.
　　 William Christie, Esq.
　　 Bjorn Lange, Esq.
　　 Jonathan Saxe, Esq.
　　 Michael Smith, Esq.
　　 United States Probation
　　 United States Marshal