```
             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                       Case No. 05-cr-215-05-PB

**Michael Wyatt**

### O R D E R

The defendant, through counsel, has moved to continue the August 21, 2007 trial in the above case, citing the need for additional time to resolve pending suppression issues and to subpoena witnesses for trial.  The government consents to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2007 to October 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The court will hold a hearing on the pending Motion to Suppress and conduct a final pretrial conference on September 25, 2007 at 9:30 a.m.  No further continuances will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 17, 2007

cc:  Michael Smith,, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal